United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                              Case No. 16-16526-mdc
Patricia R. Anderko                                 Chapter 7
            Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: Lisa          Page 1 of 2          Date Rcvd: Sep 26, 2016
                           Form ID: 309A        Total Noticed: 28
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2016.

```
db           +Patricia R. Anderko,     903 South Park Avenue,    Audubon, PA 19403-2035
13792174     +ARTHUR R. ARMSTRONG ESQUIRE,     1600 MARKET ST.,    SUITE 2500,    PHILADELPHIA, PA 19103-7225
13792186      Equifax Credit Information Services, Inc,    P.O. Box 740256,   Atlanta, GA 30374-0256
13792187     +Experian,    P.O. Box 9701,    Allen, TX 75013-9701
13792188      Experian Information Systems,    Attn: Dispute Department,    P.O. Box 2002,
              Allen, TX  75013-2002
13792178      FIRST NIAGRA BANK,    P.O. BOX 70219,    PHILADELPHIA, PA  19176-0219
13792179     +FRANK G. MURPHY ESQUIRE,     1600 MARKET STREET,    SUITE 2500,    PHILADELPHIA, PA 19103-7225
13792193      H.A. Berkheimer Tax Administrator,     Bankruptcy Notices,    50 North 7th Street,
              Bangor, PA 18013-1798
13792189     +Innovis Data Solutions,     250 E. Town St.,    Columbus, OH 43215-4631
13792180      MORGAN STANLEY HOME LOANS,     P.O. BOX 5452,    MT. LAUREL, NJ  08054-5452
13792183      SYNCHRONY BANK/SYNCB,    P.O. BOX 105972,    ATLANTA, GA  30348-5972
13792184     +TD BANK USA N.A.,     1701 MARLTON PIKE EAST,    CHERRY HILL, NJ 08003-2335
13792192     +Transunion Corporation,     2 Baldwinm Place,    P.O. Box 1000,    Chester, PA 19022-1023
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty           E-mail/Text: mwglaw@msn.com Sep 27 2016 02:58:28     MICHAEL W. GALLAGHER,
              401 West Johnson Highway,    Suite 4,    East Norriton, PA  19401
tr           +EDI: FGARYFSEITZ.COM Sep 27 2016 02:48:00     GARY F. SEITZ,
              Gellert Scali Busenkell & Brown LLC,    The Curtis Center,    601 Walnut Street,
              Suite 280 South,    Philadelphia, PA 19106-3323
smg           E-mail/Text: bankruptcy@phila.gov Sep 27 2016 02:59:16     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 27 2016 02:58:45
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 27 2016 02:59:11     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust          +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Sep 27 2016 02:58:57     United States Trustee,
              Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13792175      EDI: TSYS2.COM Sep 27 2016 02:48:00     BARCLAYCARD CARD SERVICES,    P.O. BOX 13337,
              PHILADELPHIA, PA  19101-3337
13792185     +E-mail/Text: banko@berkscredit.com Sep 27 2016 02:58:35     Berks Credit And Collections Inc.,
              P.O. Box 329,    Temple, PA 19560-0329
13792176     +EDI: WFNNB.COM Sep 27 2016 02:49:00     COMENITY BANK,    P.O. BOX 659728,
              SAN ANTONIO, TX 78265-9728
13792177      EDI: WFNNB.COM Sep 27 2016 02:49:00     COMENITY CAPITAL BANK BANKRUPTCY DEPT.,
              P.O. BOX 183043,    COLUMBUS, OH  43218-3043
13792190      EDI: IRS.COM Sep 27 2016 02:49:00     Internal Revenue Service,
              Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA  19101-7346
13792181     +E-mail/Text: leonard.casciole@nationalpenn.com Sep 27 2016 02:58:32     NATIONAL PENN BANK,
              P.O. Box 547,    BOYERTOWN, PA 19512-0547
13792182     +E-mail/Text: leonard.casciole@nationalpenn.com Sep 27 2016 02:58:31     NATIONAL PENN BANK,
              P.O. Box 547,    BOYERTOWN, PA 19512-0547
13792191      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 27 2016 02:58:45     PA Department Of Revenue,
              Attn: Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA  17128-0946
13793202      EDI: RECOVERYCORP.COM Sep 27 2016 02:48:00     Recovery Management Systems Corporation,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                TOTAL: 15
```

```
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2016                          Signature:  /s/Joseph Speetjens

District/off: 0313-2          User: Lisa                Page 2 of 2              Date Rcvd: Sep 26, 2016
                             Form ID: 309A              Total Noticed: 28

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2016 at the address(es) listed below:
              GARY F. SEITZ    gseitz@gsbblaw.com,  gfs@trustesolutions.net;hsmith@gsbblaw.com
              MICHAEL W. GALLAGHER   on behalf of Debtor Patricia R. Anderko mwglaw@msn.com,
              mwglaw1@verizon.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                        TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Patricia R. Anderko** | Social Security number or ITIN   **xxx–xx–3321** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | Date case filed for chapter  **7   9/15/16** |
| Case number:   **16–16526–mdc** | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      12/15
### **Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing**

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | Debtor's full name | Patricia R. Anderko | | |
| 2. | All other names used in the last 8 years | | | |
| 3. | Address | 903 South Park Avenue Audubon, PA 19407 | | |
| 4. | Debtor's attorney Name and address | MICHAEL W. GALLAGHER 401 West Johnson Highway Suite 4 East Norriton, PA 19401 | | Contact phone (484)679–1488 Email:  mwglaw@msn.com |
| 5. | Bankruptcy trustee Name and address | GARY F. SEITZ Gellert Scali Busenkell & Brown LLC The Curtis Center 601 Walnut Street Suite 280 South Philadelphia, PA 19106 | | Contact phone 215–238–0011 Email:  gseitz@gsbblaw.com |

**For more information, see page 2 >**

Debtor **Patricia R. Anderko**

Case number **16–16526–mdc**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours:  Philadelphia Office —– 8:30 A.M. to 5:00 P.M Reading Office —– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 9/26/16 |

| | | | |
|---|---|---|---|
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 20, 2016 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Office of the U.S. Trustee, Meeting Room, Suite 501, 833 Chestnut Street, Philadelphia, PA 19107** |

| | | |
|---|---|---|
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. |

| | | | |
|---|---|---|---|
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/19/16** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| | | |
|---|---|---|
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |

| | | |
|---|---|---|
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| | | |
|---|---|---|
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |